STATE OF SOUTH CAROLINA )
COUNTY OF Oconee ) IN THE COURT OF COMMON PLEAS
)
Mary E. Oglesby )
FILED OCONEE COUNTY, SC )
BEVERLY H. WHITFIELD ) CIVIL ACTION COVERSHEET
CLERK OF COURT Plaintiff(s) )
) 2016-CP-37-269
vs. 2016 APR 28 P 4:04 )
)
ITRON Electricity Metering, Inc. )
)
Defendant(s) )

Submitted By: Mary E. Oglesby
Address: 136 Darlene Lane
Westminster, S.C. 29693

SC Bar #: _____
Telephone #: 864-903-1452
Fax #: _____
Other: _____
E-mail: maryo_2002@yahoo.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete*

☐ JURY TRIAL demanded in complaint.  ☒ NON-JURY TRIAL demanded in complaint.
☐ This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20___-NI-___-___ | ☐ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ Warranty (160) | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
| ☐ Employment Discrim (170) | ☐ Other (299) _____ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☒ Employment (180) | | ☐ Slander/Libel (380) | ☐ Other (499) _____ |
| ☐ Other (199) _____ | | ☐ Other (399) _____ | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) | ☐ Transfer of Structured Settlement Payment Rights Application (760) | ☐ Worker's Comp (960) |
| | | | ☐ Zoning Board (970) |
| | | | ☐ Public Service Comm. (990) |
| Special/Complex /Other | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers Compensation Settlement Approval (780) | ☐ Other (999) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | | |
| ☐ Medical (620) | ☐ Out-of State Depositions (650) | ☐ Other (799) | |
| ☐ Other (699) _____ | ☐ Motion to Quash Subpoena in an Out-of-County Action (660) | | |
| ☐ Sexual Predator (510) | ☐ Pre-Suit Discovery (670) | | |
| ☐ Permanent Restraining Order (680) | | | |

Submitting Party Signature: Mary E. Oglesby   Date: 4-28-16

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (03/2016)   Page 1 of 2

STATE OF SOUTH CAROLINA, )
) IN THE COURT OF COMMON PLEAS
COUNTY OF Oconee )
)
Mary E. Oglesby )
Plaintiff, ) SUMMONS
)
vs. )
) FILE NO.
ITRON Electricity Metering, Inc. )
Defendant. )

2016-CP-37-2669

FILED OCONEE COUNTY, SC
BEVERLY H. WHITFIELD
CLERK OF COURT
2016 APR 28 P 4:04

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

, South Carolina

Dated: 4-28-16

Mary E. Oglesby
Plaintiff/Attorney for Plaintiff

Address: 136 Darlene Lane
Westminster, S. C. 29693

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA   IN THE COURT OF COMMON PLEAS

# County of Oconee

| | | |
|---|---|---|
| Mary E. Oglesby | **PLAINTIFF** | Complaint ~~SUMMONS~~ |
| VS. | | |
| ITRON ELECTRICITY METERIN, INC. | | 2016-CP-37-2069 |
| | Defendant | |

**STATEMENT OF CLAIM**

FILED OCONEE COUNTY, SC
BEVERLY H. WHITFIELD
CLERK OF COURT
2016 APR 28 P 4:04

The company alleged that I violated company policies.

ON November 6, I was giving a verbal warning for use inappropriate language. The Counseling Discussion paper is for each action. During December of 2015, an investigation was conducted. I was discharged after the investigation. Brooke Dobbins stated that I continued the conduct for which I was previously disciplined for, which I deny.

South Carolina
Date: 4-28-16

Mary E. Oglesby
136 Darlene Lane
Westminster, S.C. 29693

(864) 647-1827 (H)
(864) 903-1452 (C)